NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL A. YOUNG, DC #X46598, )
 )
   Appellant, )
 )
v. )
 ) Case No.  2D18-1521
STATE OF FLORIDA, )
 )
   Appellee. )
 )

Opinion filed September 25, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle D. Sisco,
Judge.

Michael A. Young, pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


   Affirmed.


SLEET, SALARIO, and BADALAMENTI, JJ., Concur.